# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-198-MMD-NJK |
| ) | |
| ORLANDO CORREA, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On October 18, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ORLANDO CORREA to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have a requisite nexus to the offense to which defendant ORLANDO CORREA pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 24; Minutes of Change of Plea Proceedings, ECF No. 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 30, 2012, through November 28, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    A Rossi handgun, serial number AX558847;

    b.    and any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED THIS 24th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE